MDI

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Deanta Antwor Lou____
Full name and prison name of
Plaintiff(s)

2023 JUN -7 A 10: 44

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

v.

Capt Kenneth Abrams

Sheriff Ron Abernathy

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

2:23-CV-361-RAH-CSC

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)

(1)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit  6-05-23

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Kenneth Abrams | Capt |
| 2. Ron Abernathy | Shif |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  3-7-23 or 3-8-23

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED.

GROUND ONE: Somewhere around March 7 or 8 I contracted flesh eating bacteria in the

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Tuscaloosa county jail but was diagnosed with shingles and kidney stones a few days later I was admitted for emergency sagery which was March 13, 2023 They had to cut chunchs out of my butter and the left side

GROUND TWO: Of my gloath They me-d close to dying but the jail didn't tell my wife and told her they wasn't life thrething

SUPPORTING FACTS: 

GROUND THREE: 

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Four Hundred Six Million Dollars

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              (Date)

_____
Signature of plaintiff(s)

333427
DeAnta Lavender
12201 Wares Ferry Road
Montgomery, AL 36117

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36104-401801



MONTGOMERY AL 360
6 JUN 2023
FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36117
02 7H
0001313440
$ 000.60⁰
JUN 06 2023

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018