IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANTA ANTWON LAVENDER, ) | |
| AIS 333427, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:23-cv-361-RAH-CSC |
| ) | |
| KENNETH ABRAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 12, 2023, the Magistrate Judge entered a Recommendation (Doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE, on this the 20th day of July 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE