UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **DEANTA ANTWON LAVENDER,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No. 7:23-cv-00942-ACA-JHE |
| **CAPTAIN KENNETH ABRAMS, et al.,** | ] |
| **Defendants.** | ] |

## MEMORANDUM OPINION

*Pro se* Plaintiff Deanta Antwon Lavender filed a complaint under 42 U.S.C. § 1983 against Defendants Ron Abernathy, Sheriff of Tuscaloosa County, and Kenneth Abrams, Captain of the Tuscaloosa County Sheriff's Department. (Doc. 1). In September 2024, the magistrate judge ordered Mr. Lavender to amend his complaint because it did not clearly state "how each named defendant violated his constitutional rights," among other deficiencies. (Doc. 27 at 2). Mr. Lavender never amended his complaint, so the magistrate judge entered a report recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b)(1) for Mr. Lavender's failure to state a claim upon which relief may be granted. (Doc. 28 at 3–6). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days (*id.* at 6), the court has not received any objections.

Mr. Lavender's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. (Doc. 28). Accordingly, the court **WILL DISMISS** the action **WITHOUT PREJUDICE** for Mr. Lavender's failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 7, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE